IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON COBB, | No. C -13-04917 EDL |
|     Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| v. | |
| DON ADAMS ET AL, | |
|     Defendant. | |

Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned case, filed on October 23, 2013, to the Honorable Judge Jeffrey S. White to consider whether this case is related to <u>Cobb v. JP Morgan Chase Bank</u>, C-13-1955 JSW.  Plaintiff shall file any response in opposition to or in support of relating the cases within seven (7) calendar days of the date of this Order.

**IT IS SO ORDERED.**

Dated: November 4, 2013

ELIZABETH D. LAPORTE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JASON COBB,

        Plaintiff,

v.

DON ADAMS ET AL et al,

        Defendant.

Case Number: CV13-04917 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 5, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason Cobb
828 Weeks Street
E. Palo Alto, CA 94303

Dated: November 5, 2013

                                        Richard W. Wieking, Clerk
                                        By: Lisa R Clark, Deputy Clerk