IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON COBB,

    Plaintiff,

v.

DON ADAMS ET AL,

    Defendant.
                                   /

No. C 13-04917 JSW

**ORDER VACATING HEARINGS SET FOR MARCH 7, 2014**

Defendants have filed an motion to have a motion to stay heard on shortened time and their motion to stay. Each of those motions has been noticed for a hearing on March 7, 2014. A motion to shorten time is an administrative motion that does not require a hearing date, and the Court will not hold a hearing on the motion to stay before it considers the motion to shorten time. Accordingly, the Court VACATES the hearings scheduled for March 7, 2014. Once the motion to shorten time is ripe, the Court will issue a ruling on that motion. In the interim, the Defendants shall re-notice the motion to stay in accordance with the Northern District Civil Local Rules for an open and available date for terminal digits 1 and 2.

**IT IS SO ORDERED.**

Dated: March 4, 2014

                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE