IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON COBB,<br><br>    Plaintiff,<br><br>v.<br><br>DON ADAMS, et al.,<br><br>    Defendants.<br>_____/ | No. C 13-04917 JSW<br><br>**ORDER SETTING HEARING ON MOTIONS TO DISMISS, CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES, AND DENYING MOTIONS TO SHORTEN TIME AND TO STAY AS MOOT** |

Now before the Court for consideration is the motion to shorten time filed by Defendants, who ask the Court to hear their motion to stay on an expedited basis. (Docket No. 70.) Defendants seek a stay of discovery in this action, pending resolution of the motions to dismiss. Plaintiff opposes the motion to shorten time, and he argues that discovery may commence pursuant to Federal Rule Civil Procedure 26(d)(1). "[T]he district court has inherent power 'to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.'" *United States v. United States District Court for Northern Mariana Islands*, 694 F.3d 1051, 1058 (9th Cir. 2012) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). Based on this inherent power, and in the interest of judicial economy and efficiency, the Court HEREBY ORDERS AS FOLLOWS:

    1.    The pending motions to dismiss shall be heard on Friday, April 25, 2014, at 9:00 a.m., in **Courtroom 5, Second Floor, 1301 Clay Street, Oakland, California.**

If the Court finds the motions suitable for disposition without oral argument, it shall notify the parties in advance of the hearing.

2. The Court expresses no opinion on the merits of the motions to dismiss. However, because the resolution of the motions to dismiss may or may not affect the manner in which the case will proceed, the Court HEREBY CONTINUES case management conference scheduled for March 28, 2014, to Friday, June 6, 2014 at 11:00 a.m., in **Courtroom 5, Second Floor, 1301 Clay Street, Oakland, California.** The parties' joint case management conference statement shall be due by no later than Friday, May 30, 2014. All deadlines associated with that case management conference, including commencement of discovery, are continued as well.

3. In light of these Orders, Defendants' motion to shorten time (Docket No. 70) and motion to stay (Docket No. 76) are DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: March 5, 2014


JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2