IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON COBB,

    Plaintiff,

  v.

DON ADAMS ET AL,

    Defendant.

                                           /

No. C 13-04917 JSW

**ORDER VACATING HEARINGS SET FOR APRIL 25, 2014**

    This matter is scheduled for a motion hearing on April 25, 2014. The Court has considered the parties' papers, including Plaintiff's most recent submission regarding the dismissal of his criminal case, relevant legal authority, and the record in this case, and it finds the motions suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The Court VACATES the hearing on the motions, and it will decide the motions on the papers.

    **IT IS SO ORDERED.**

Dated: April 21, 2014

                                                     _____
                                                   JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE